UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

ELIZABETH ANNE BURK,

Debtor.

Case No. 14-17690-CMA

*(PROPOSED)*
**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

    This matter having come regularly before the Court on the Motion for Relief from Automatic Stay filed by Sixty-01 Association of Apartment Owners ("Creditor"), and the Court having reviewed the Motion and supporting documents and the files and records herein, and parties in interest having received sufficient notice, and the Court finding itself fully advised, now, therefore, for the reasons stated in the Motion, the Court GRANTS Creditor's motion, and accordingly; it is

    HEREBY ORDERED that pursuant to 11 U.S.C. § 362(d), the automatic stay shall be and hereby is terminated as to Creditor so that Creditor may enforce its rights at state law, specifically, its security interest in and to that certain real property commonly known 13759 NE 69th Street #665, Redmond WA 98052 ("Property") and which is more particularly described as:

Order Granting Motion for Relief From Stay
Page 1 of 2

Condominium Law Group PLLC
10310 Aurora Ave. N.
Seattle, WA 98133
Tel: (206) 633-1520

Case 14-17690-CMA    Doc 30-3    Filed 05/20/16    Ent. 05/20/16 14:34:11    Pg. 1 of 2

UNIT 655, SIXTY-01, A CONDOMINIUM, ACCORDING TO THE DECLARATION THEREOF, RECORDED UNDER KING COUNTY RECORDING NO. 7808300899, AND ANY AMENDMENTS THERETO, SAID UNIT IS LOCATED ON SURVEY MAPS AND PLANS FILED IN VOLUME 23 OF CONDOMINIUMS, PAGE(S) 34 THROUGH 67, AN ANY AMENDMENTS THERETO. SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

Also shown of record as tax parcel number 780420-0370.

IT IS FURTHER ORDERED that Creditor may proceed with foreclosure of its lien against the Property and may pursue any other *in rem* remedies provided for under applicable non-bankruptcy law; and

IT IS FURTHER ORDERED that post-petition attorney fees and costs, along with any applicable late fees and interest charges, may be added to the outstanding balance of Creditor's lien as allowed under applicable non-bankruptcy law; and

IT IS FURTHER ORDERED that Creditor may pursue Debtor personally for post-petition assessments, fees, and other amounts pursuant to state law; and

IT IS FURTHER ORDERED that the relief granted by this Order shall be and hereby is binding notwithstanding dismissal or conversion of the above-captioned case; and

IT IS FURTHER ORDERED that Creditor at its option may, but is not required to, offer and provide Debtor(s) with information regarding a potential payment plan or other agreement and may enter into such agreement with Debtor(s), which shall be non-recourse unless set forth in a reaffirmation agreement.

/// END OF ORDER ///

Presented by:
Condominium Law Group, PLLC

*/s/ Stephen M. Smith*
Stephen M. Smith, WSBA 42021
Of Attorneys for Creditor

Order Granting Motion for Relief From Stay
Page 2 of 2

Condominium Law Group PLLC
10310 Aurora Ave. N.
Seattle, WA 98133
Tel: (206) 633-1520

Case 14-17690-CMA    Doc 30-3    Filed 05/20/16    Ent. 05/20/16 14:34:11    Pg. 2 of 2